USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-18-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - : **INFORMATION**

ANDREW COOK, : S1 17 Cr. 147 (PKC)

Defendant. :

- - - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1. From at least in or about January 2016, up to and including in or about April 2016, in the Southern District of New York and elsewhere, ANDREW COOK, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 21, United States Code, Sections 331(a) and 333(a)(2).

2. It was a part and an object of the conspiracy that ANDREW COOK, the defendant, and others known and unknown, with the intent to defraud and mislead, would and did introduce and deliver for introduction into interstate commerce a drug that was misbranded, as those terms are defined in Title 21, United States Code, Section 352(a) & (f), in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2).

Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, ANDREW COOK, the defendant, and others known and unknown, committed the following overt act, among others, in the Southern District of New York and elsewhere:

a. On or about April 3, 2016, COOK sold and shipped in interstate commerce approximately 5 grams of methoxetamine hydrochloride to an individual with an address in New York, New York, in a package containing a label that falsely and fraudulently stated: "Not for Human Consumption."

FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Information, ANDREW COOK, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

JOON H. KIM
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDREW COOK,

Defendant.

Information

S1 17 Cr. 147 (PKC)

(18 U.S.C. § 371)

JOON H. KIM
Acting United States Attorney.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of New York

UNITED STATES OF AMERICA
v.
ANDREW COOK

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 1: S1 17 CR 147-001 (PKC)

USM Number: 79759-054

Aaron J. Mysliwiec, Esq. (AUSA, Michael McGinnis)
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s) one.

☐ pleaded nolo contendere to count(s) ____ which was accepted by the court.

☐ was found guilty on count(s) ____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 371 | Conspiring to Introduce into Interstate Commerce a Misbranded or Adulterated Drug | 4/30/2016 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ____

☑ Count(s) open & underlying indictments ☐ is ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/1/2018
Date of Imposition of Judgment

Signature of Judge

Hon. P. Kevin Castel, U.S.D.J.
Name and Title of Judge

8-1-18
Date

DEFENDANT: ANDREW COOK
CASE NUMBER: 1: S1 17 CR 147-001 (PKC)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

60 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

(1) the defendant be evaluated for appropriate drug treatment and mental health treatment programs, and
(2) the defendant be imprisoned as close as possible to Berlin, New Hampshire to facilitate family visits.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ a.m. ☐ p.m. on __________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on __________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __________ to __________

at __________ , with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ANDREW COOK
CASE NUMBER: 1: S1 17 CR 147-001 (PKC)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

3 years.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: ANDREW COOK
CASE NUMBER: 1: S1 17 CR 147-001 (PKC)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________________ Date ______________

DEFENDANT: ANDREW COOK
CASE NUMBER: 1: S1 17 CR 147-001 (PKC)

## SPECIAL CONDITIONS OF SUPERVISION

You will participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

You must participate in an outpatient mental health treatment program approved by the United States Probation Office. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the costs of services rendered based on a defendant's ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

You must submit your person, residence, place of business, vehicle, and any property or electronic devices under your control to a search on the basis that the probation officer has reasonable suspicion that contraband or evidence of a violation of the conditions of your probation/supervised release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. You must inform any other residents that the premises may be subject to search pursuant to this condition.

You may be supervised in the district of residence.

DEFENDANT: ANDREW COOK
CASE NUMBER: 1: S1 17 CR 147-001 (PKC)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ | $ |

☐ The determination of restitution is deferred until ________ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ________________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ANDREW COOK
CASE NUMBER: 1: S1 17 CR 147-001 (PKC)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ 100.00 due immediately, balance due

☐ not later than ____________, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the offense.l

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Tran. Court)* 1:17CR00147-1 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 1: 22-cr-48-SM |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Andrew Cook | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE P. Kevin Castel | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/22/2021 | TO 9/21/2024 |

OFFENSE

CONSPIRACY TO INTRODUCE INTO INTERSTATE COMMERCE A MISBRANDED OR ADULTERATED DRUG-In violation of 18 U.S.C. 371, a Class D Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4-19-22
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/20/2022
*Effective Date*

[signature]
*United States District Judge*

CLOSED,ECF,PRIOR

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:17-cr-00147-PKC-1

| | |
|---|---|
| Case title: USA v. Cook | Date Filed: 03/01/2017 |
| Magistrate judge case number: 1:16-mj-07321-UA | Date Terminated: 08/01/2018 |

---

Assigned to: Judge P. Kevin Castel

**Defendant (1)**

**Andrew Cook**
*TERMINATED: 08/01/2018*

represented by

**Aaron Jonathan Mysliwiec**
Miedel & Mysliwiec, LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212)-616-3046
Fax: (800)-507-8507
Email: am@fmamlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery Louis Greco**
Greco Neyland, PC
521 5th Ave, 17th Floor
Ste 17th Floor
New York, NY 10017
212-951-1300
Fax: 212-951-1302
Email: jeff@gnlaw.nyc
*TERMINATED: 03/09/2017*
*LEAD ATTORNEY*
*Designation: Retained*

**Jennifer Elaine Willis**
Federal Defenders of New York
52 Duane Street
New York, NY 10007
(212)-417-8743
Email: jennifer_willis@fd.org
*TERMINATED: 12/05/2016*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Matthew Daniel Myers**
Myers & Galiardo LLP

52 Duane Street
New York, NY 10007
212-986-5900
Fax: 212-986-6250
Email: matt@mg1legal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David A. Schwartz**
Schwartz & Posnock
6 Windsor Lane
Ocean, NJ 07712
(732)-544-1460
Email: dschwartz@schwartzposnock.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | Imprisonment: 60 months. Supervised Release: 3 years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841B=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE- SELL, DISTRIBUTE, OR DISPENSE , 18:2.F PRINCIPALS | |

---

**Plaintiff**

**USA** represented by **Dina McLeod**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-1040
Email: dina.mcleod@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Michael McGinnis**
United States Attorney's Office For The Southern Distri
One St. Andrew's Plaza
New York, NY 10007
(212)-637-2305
Email: michael.mcginnis@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2016 | | SEALED ORAL ORDER as to Sealed Defendant 1. (Signed by Magistrate Judge Gabriel W. Gorenstein on 11/15/2016)(dif) [1:16-mj-07321-UA] (Entered: 12/06/2016) |
| 11/15/2016 | 1 | COMPLAINT as to Andrew Cook (1). In Violation of 21 U.S.C. 812, 813, 841 (a) (1), 841 (b) (1) (C), 802 (32) (A) and 18 U.S.C. 2 (Signed by Magistrate Judge Gabriel W. Gorenstein) (dif) [1:16-mj-07321-UA] (Entered: 12/06/2016) |
| 11/22/2016 | | Arrest of Andrew Cook in the United States District Court - District of New Hampshire. (dif) [1:16-mj-07321-UA] (Entered: 12/06/2016) |
| 12/05/2016 | | Arrest of Andrew Cook. (dif) [1:16-mj-07321-UA] (Entered: 12/06/2016) |
| 12/05/2016 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Andrew Cook. Jennifer Elaine Willis for Andrew Cook appointed. (BAIL ONLY). (Signed by Magistrate Judge Katharine H. Parker on 12/5/2016)(dif) [1:16-mj-07321-UA] (Entered: 12/06/2016) |
| 12/05/2016 | 4 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Initial Appearance as to Andrew Cook held on 12/5/2016., Deft Appears with Federal Defender Jennifer Willis (BAIL ONLY) and AUSA Dina Mcleod for the government. Detention on Consent w/o Prejudice; Initial Presentment Waived in New Hampshire held in SDNY Today; ( Preliminary Hearing set for 1/3/2017 at 10:00 AM before Judge Unassigned.) (dif) [1:16-mj-07321-UA] (Entered: 12/06/2016) |
| 12/21/2016 | 5 | **FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE -** NOTICE OF ATTORNEY APPEARANCE: David A. Schwartz appearing for Andrew Cook. Appearance Type: Retained. *for Detention Hearing Only* (Schwartz, David) Modified on 12/22/2016 (ka). [1:16-mj-07321-UA] (Entered: 12/21/2016) |
| 12/22/2016 | | *****NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney David A. Schwartz as to Andrew Cook: to MANUALLY RE-FILE Document Notice of Attorney Appearance, Document No. 5. This case is not ECF. (ka)** [1:16-mj-07321-UA] (Entered: 12/22/2016) |
| 01/03/2017 | 6 | NOTICE OF ATTORNEY APPEARANCE: Jeffery Louis Greco appearing for Andrew Cook. Appearance Type: Retained. (Greco, Jeffery) [1:16-mj-07321-UA] (Entered: 01/03/2017) |
| 01/03/2017 | 7 | AFFIRMATION of Dina McLeod in Support by USA as to Andrew Cook, the government is requesting a continuance until 2/2/17. (jbo) [1:16-mj-07321-UA] (Entered: 01/06/2017) |
| 01/03/2017 | 8 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Andrew Cook. Time excluded from 1/3/17 until 2/2/17. (Signed by Magistrate Judge Henry B. Pitman on 1/3/17)(jbo) [1:16-mj-07321-UA] (Entered: 01/06/2017) |

| | | |
|---|---|---|
| 01/12/2017 | 9 | Minute Entry for proceedings held before Magistrate Judge Kevin Nathaniel Fox: Detention Hearing as to Andrew Cook held on 1/12/2017. Deft Appears with Retained Attorney Jeffrey Greco and AUSA Dina Mcleod for the government. $400,000 PRB; 3 FRP'S; Secured by $10,000 Cash or Property; Travel Limited to SDNY/EDNY and District of New Jersey; Surrender Travel Documents (& No New Applications); Strict Pretrial Supervision; Drug Testing/Treatment; Mental Health Evaluation/Treatment; Deft to Continue or Seek Employment; Deft to Be Detained Until All Conditions Are Met; Deft to Reside with his Father (dif) [1:16-mj-07321-UA] (Entered: 01/12/2017) |
| 01/12/2017 | 10 | BAIL ORDER as to Andrew Cook. The defendant shall be released on the following conditions; (1) $400,000 PRB, Co-Signed by 3 FRP'S, to be secured by $10,000 Cash or Property, (2) The defendant's travel is restricted to SDNY/EDNY, and District of New Jersey, (3) The defendant shall surrender all travel documents and make no new applications, (4) The defendant is subject to strict pretrial supervision including drug testing and mental health treatment, (5) The shall seek and maintain employment, (6) The defendant is subject to home incarceration limited to the apartment on the 2nd floor above the father's place of business in West Long Branch, NJ, the defendant may leave the apartment only for activities approved in advance by PTS, which shall allow reasonable visits to the office of defense counsel, (7) There are to be no electronic device tha have internet access in the apartment at any time regardless of the identity of the person having physical possession of any electronic device. that prohibition includes cell phones, iPads, and any other such devices. PTS may conduct searches of the apartment without advance notice. (8) All bail conditions are to be satisfied prior to release and, in addition, release is further conditioned on PTS having verified the absence from the apartment of any devices with internet access. SO ORDERED. (Signed by Judge Lewis A. Kaplan on 1/12/2017) (dif) [1:16-mj-07321-UA] (Entered: 01/13/2017) |
| 01/12/2017 | | Minute Entry for proceedings held before Judge Lewis A. Kaplan (Part 1): Bond Appeal Hearing as to Andrew Cook held on 1/12/2017. Defendant Andrew Cook present with attorney Jeffrey Greco. AUSA Dina McLeod present. Pretrial Services Officer Joeseph Perry present. Court reporter Sonya Huggins present. Bail as set by the magistrate was modified. A written bail order to be issued. Defendant remained detained until all bail conditions are met. (jbo) [1:16-mj-07321-UA] (Entered: 01/13/2017) |
| 01/23/2017 | 11 | **FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE -** PROPOSED LETTER MOTION addressed to Judge William H. Pauley, III from Andrew Cook dated 1-23-17 re: Modification of Conditions for Release from Custody . Document filed by Andrew Cook. (Greco, Jeffery) Modified on 1/24/2017 (ka). [1:16-mj-07321-UA] (Entered: 01/23/2017) |
| 01/23/2017 | 12 | **FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE -** AMENDED LETTER MOTION addressed to Judge William H. Pauley, III from Andrew Cook dated 1-23-17 re: 11 PROPOSED LETTER MOTION addressed to Judge William H. Pauley, III from Andrew Cook dated 1-23-17 re: Modification of Conditions for Release from Custody . re: Modification of Conditions for Release from Custody . Document filed by Andrew Cook. (Greco, Jeffery) Modified on 1/24/2017 (ka). [1:16-mj-07321-UA] (Entered: 01/23/2017) |
| 01/24/2017 | | *****NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jeffery Louis Greco as to Andrew Cook: to MANUALLY RE-FILE Document Proposed Letter Motion, Document No. 11. This case is not ECF. (ka)** [1:16-mj-07321-UA] (Entered: 01/24/2017) |
| 01/24/2017 | | *****NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Jeffery Louis Greco as to Andrew Cook: to MANUALLY RE-FILE** |

| | | |
|---|---|---|
| | | **Document Amended Letter Motion, Document No. 12. This case is not ECF. (ka)** [1:16-mj-07321-UA] (Entered: 01/24/2017) |
| 01/25/2017 | 13 | ENDORSED LETTER as to Andrew Cook addressed to Judge William H. Pauley, III from Jeff Greco dated January 23, 2017 re: Application for a change in defendant's residence. ENDORSEMENT: Granted. (Signed by Judge William H. Pauley, III on 1/25/17)(vb) [1:16-mj-07321-UA] (Entered: 01/26/2017) |
| 02/02/2017 | 14 | AFFIRMATION of Dina McLeod in Support by USA as to Andrew Cook, the government is requesting a 30-day continuance until 3/6/17. (jbo) [1:16-mj-07321-UA] (Entered: 02/06/2017) |
| 02/02/2017 | | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Andrew Cook re: 8 Order to Continue - Interest of Justice. Time excluded from 2/2/17 until 3/6/17. (Signed by Magistrate Judge Katharine H. Parker on 2/2/17)(jbo) [1:16-mj-07321-UA] (Entered: 02/06/2017) |
| 03/01/2017 | 15 | INDICTMENT FILED as to Andrew Cook (1) count(s) 1. (jm) (Entered: 03/03/2017) |
| 03/01/2017 | | Case Designated ECF as to Andrew Cook. (jm) (Entered: 03/03/2017) |
| 03/06/2017 | 16 | ORDER as to Andrew Cook. This case has been assigned to me for all purposes. It is hereby ORDERED that counsel for all parties shall file by Tuesday, March 7, 2017, a joint letter via CM/ECF proposing a schedule for discovery, the filing of motions, and three proposed dates for a status conference. The parties also should state whether the parties seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pre-trial conference, and the basis for the exclusion. (Signed by Judge Lorna G. Schofield on 3/6/2017)(ft) (Entered: 03/06/2017) |
| 03/06/2017 | 17 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Jeffery L. Greco to Withdraw as Attorney . Document filed by Andrew Cook. (Greco, Jeffery) Modified on 3/6/2017 (ka). (Entered: 03/06/2017) |
| 03/06/2017 | | *****NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR as to Andrew Cook: Notice to Attorney Jeffery Louis Greco to RE-FILE Document 17 MOTION for Jeffery L. Greco to Withdraw as Attorney .. ERROR(S): Filing Error of Supporting Affirmation. Supporting Document must be filed individually. Event code located under Replies, Opposition and Supporting Documents.***NOTE: Separate docket entry for each. (ka)** (Entered: 03/06/2017) |
| 03/06/2017 | 18 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** AFFIDAVIT of Jeffery L. Greco in Support as to Andrew Cook re 17 MOTION for Jeffery L. Greco to Withdraw as Attorney .. (Greco, Jeffery) Modified on 3/7/2017 (ka). (Entered: 03/06/2017) |
| 03/07/2017 | | **NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR as to Andrew Cook: Notice to Attorney Jeffery Louis Greco to RE-FILE Document 18 Affidavit in Support of Motion. Use the event type Affirmation in Support of Motion found under the event list Replies, Opposition and Supporting Documents.***NOTE: First, re-file Motion to withdraw(doc.#17), then re-file and link supporting Affirmation to newly re-filed Motion. (ka)** (Entered: 03/07/2017) |
| 03/07/2017 | 19 | MOTION to Withdraw . Document filed by Andrew Cook. (Greco, Jeffery) (Entered: 03/07/2017) |
| 03/07/2017 | 20 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** AFFIDAVIT of Jeffery L. Greco in Support as to Andrew Cook re 19 MOTION to Withdraw .. (Greco, Jeffery) Modified on 3/7/2017 (ka). (Entered: 03/07/2017) |

| | | |
|---|---|---|
| 03/07/2017 | | **NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR as to Andrew Cook: Notice to Attorney Jeffery Louis Greco to RE-FILE Document 20 Affidavit in Support of Motion. Use the event type Affirmation in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (ka)** (Entered: 03/07/2017) |
| 03/07/2017 | 21 | MOTION to Withdraw . Document filed by Andrew Cook. (Greco, Jeffery) (Entered: 03/07/2017) |
| 03/07/2017 | 22 | AFFIRMATION of Jeffery L. Greco in Support as to Andrew Cook re 21 MOTION to Withdraw .. (Greco, Jeffery) (Entered: 03/07/2017) |
| 03/07/2017 | 23 | Minute Entry on "Disposition Sheet" for proceedings held before Magistrate Judge Ronald L. Ellis: Arraignment as to Andrew Cook (1) Count 1 held on 3/7/2017. AUSA Dina McLeod. Defense Counsel Jeff Greco. Defendant arraigned; pleads Not Guilty. ( Plea entered by Andrew Cook (1) Count 1Andrew Cook (1) Count 1 Not Guilty. ) COMMENTS: Detention continued. (bw) (Entered: 03/07/2017) |
| 03/07/2017 | 24 | SCHEDULING ORDER as to Andrew Cook. WHEREAS counsel for Defendant Andrew Cook has filed a Motion to Withdraw (Dkt. Nos 19 and 21). It is hereby, ORDERED that Defendant Andrew Cook, his counsel & the Government shall appear for a status conference on March 9, 2017 at 10:30 a.m. in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007. It is further, ORDERED that in advance of this conference, Defendant Andrew Cook shall complete a financial affidavit. The Clerk of the Court is directed to close the motions at docket numbers 19 and 21. (Signed by Judge Lorna G. Schofield on 3/7/2017)(bw) (Entered: 03/07/2017) |
| 03/07/2017 | 25 | CJA 23 Financial Affidavit by Andrew Cook. APPROVED: (Signed by Magistrate Judge Ronald L. Ellis on 3/7/2017); Attorney Jeff Greco. (bw) (Entered: 03/07/2017) |
| 03/07/2017 | 26 | LETTER MOTION addressed to Judge Lorna G. Schofield from Dina McLeod dated March 7, 2017 re: Motion to Adjourn Time to File Joint Scheduling Letter . Document filed by USA as to Andrew Cook. (McLeod, Dina) (Entered: 03/07/2017) |
| 03/08/2017 | 27 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/08/2017) |
| 03/08/2017 | 28 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/08/2017) |
| 03/08/2017 | 29 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/08/2017) |
| 03/09/2017 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Status Conference as to Andrew Cook held on 3/9/2017. Defendant Andrew Cook appears with attorney Jeffrey Greco. AUSA Dina McLeod present for the Government. Mr. Greco is relieved as counsel for the Defendant Andrew Cook. Mr. Matthew Myers is appointed as CJA counsel for Defendant Andrew Cook. Court reporter present. (bw) (Entered: 04/07/2017) |
| 03/09/2017 | | Attorney update in case as to Andrew Cook. Attorney Matthew Daniel Myers for Andrew Cook added. Attorney Jeffery Louis Greco terminated. (bw) (Entered: 04/07/2017) |
| 03/13/2017 | 30 | LETTER MOTION addressed to Judge Lorna G. Schofield from Dina McLeod dated March 13, 2017 re: Joint Proposed Scheduling Letter . Document filed by USA as to Andrew Cook. (McLeod, Dina) (Entered: 03/13/2017) |
| 03/13/2017 | 31 | SCHEDULING ORDER as to Andrew Cook. WHEREAS the parties filed a letter dated March 2, 2017 stipulating to a date for the production of Rule 16 discovery, a briefing schedule for pretrial motions, and making an application to exclude time. (Dkt. No. 30) It is hereby ORDERED that the stipulated dates are approved. The Government shall produce Rule 16 discovery by April 7, 2017. Defendant's motions, if any, shall be filed by May 12, 2017. The Government's response, if any, shall be filed by May 26, 2017. |

| | | |
|---|---|---|
| | | Defendants' reply, if any, shall be filed by June 2, 2017. It is further, ORDERED that the parties shall appear for a status conference on June 21, 2017, at 10:30 a.m. It is further, ORDERED that the letter motion at docket number 26 is DENIED as moot. It is further, ORDERED that for the reasons stated in the parties' March 13, 2017, letter, the Court finds that the ends of justice served by excluding the time between today and June 21, 2017, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and June 21, 2017, is hereby excluded. The parties are warned that any discussions regarding the possible disposition of this matter will not stay the aforementioned schedule. The Clerk of the Court is directed to terminate the letter motions at docket numbers 26 and 30. (Signed by Judge Lorna G. Schofield on 3/13/2017)(bw) (Entered: 03/15/2017) |
| 04/06/2017 | 32 | TRANSCRIPT of Proceedings as to Andrew Cook re: Conference held on 3/9/17 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Samuel Mauro, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/27/2017. Redacted Transcript Deadline set for 5/8/2017. Release of Transcript Restriction set for 7/5/2017. (McGuirk, Kelly) (Entered: 04/06/2017) |
| 04/06/2017 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Andrew Cook. Notice is hereby given that an official transcript of a Conference proceeding held on 3/9/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 04/06/2017) |
| 05/02/2017 | | CASH BAIL RETURNED as to Andrew Cook dated 4/4/2017, from Judge Judge George B. Daniels, in the amount of $10,000.00, Check No. 01061708, Check Dated 4/5/2017, payable to George Cook on Check was mailed on 4/28/2017. (cla) (Entered: 05/02/2017) |
| 05/16/2017 | 34 | SEALED DOCUMENT placed in vault. (mps) (Entered: 05/16/2017) |
| 06/19/2017 | 35 | NOTICE OF ATTORNEY APPEARANCE Michael McGinnis appearing for USA. (McGinnis, Michael) (Entered: 06/19/2017) |
| 06/19/2017 | 36 | CONSENT LETTER MOTION addressed to Judge Lorna G. Schofield from Michael McGinnis dated June 19, 2017 re: Request to Adjourn June 21, 2017, Status Conference . Document filed by USA as to Andrew Cook. (McGinnis, Michael) (Entered: 06/19/2017) |
| 06/20/2017 | 37 | MEMO ENDORSEMENT denying 36 LETTER MOTION as to Andrew Cook (1). ENDORSEMENT: Application DENIED. The status conference scheduled for June 21, 2017, shall proceed as scheduled. The Court will set a firm trial date at this conference. The Clerk of the Court is directed to terminate the motion at docket number 36. (Signed by Judge Lorna G. Schofield on 6/20/2017) (ft) (Entered: 06/20/2017) |
| 06/21/2017 | | Minute Entry for proceedings held before Judge Lorna G. Schofield:Status Conference as to Andrew Cook held on 6/21/2017. Defendant Andrew Cook appears with atty Matthew Myers. AUSA Michael McGinnis present for the Government. Court reporter present. See Order (jw) (Entered: 06/22/2017) |
| 06/21/2017 | 38 | SCHEDULING ORDER as to Andrew Cook. It is hereby, ORDERED that the parties shall file by August 17, 2017 any motions in limine, and by August 24, 2017, any responses to the motions. ORDERED that the parties shall file by August 24, 2017, a joint statement as provided in the Courts Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any |

| | | |
|---|---|---|
| | | disagreements between the parties. ORDERED that the parties shall appear for a final pretrial conference on September 7, 2017 at 11:00 a.m. in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007.ORDERED that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.ORDERED that a jury trial is scheduled to begin on September 11, 2017 at 9:45 a.m. The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. Furthermore, no extensions will be granted absent extraordinary circumstances. ORDERED that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until September 7, 2017, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A). Time excluded from 6/21/2017 until 9/7/2017. Motions due by 8/17/2017. Pretrial Conference set for 9/7/2017 at 11:00 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield. Jury Trial set for 9/11/2017 at 09:45 AM before Judge Lorna G. Schofield.. (Signed by Judge Lorna G. Schofield on 6/21/2017) (ft) (Entered: 06/22/2017) |
| 07/07/2017 | 40 | TRANSCRIPT of Proceedings as to Andrew Cook re: Conference held on 6/21/17 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/28/2017. Redacted Transcript Deadline set for 8/7/2017. Release of Transcript Restriction set for 10/5/2017. (McGuirk, Kelly) (Entered: 07/07/2017) |
| 07/07/2017 | 41 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Andrew Cook. Notice is hereby given that an official transcript of a Conference proceeding held on 6/21/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/07/2017) |
| 08/01/2017 | | NOTICE OF CASE REASSIGNMENT as to (17-Cr-147-01) Andrew Cook, to Judge P. Kevin Castel. Judge Lorna G. Schofield no longer assigned to the case. (bw) (Entered: 08/01/2017) |
| 08/03/2017 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Pretrial Conference as to Andrew Cook held on 8/3/2017. Defendant present with attorney, Matthew Myers. AUSA, Andrea Surratt and Jessica Lonergan, present. Christopher Reddington, Special Agent DEA, present. Joseph Perry Pretrial Services. Court Reporter: Kristen Carannante. Final pretrial conference is scheduled for September 7, 2017 at 2:45 p.m. Time is excluded until 9/7/2017. Bail application is DENIED. Defendant continues to be detained. (Pretrial Conference set for 9/7/2017 at 02:45 PM before Judge P. Kevin Castel.) (jbo) (Entered: 08/04/2017) |
| 08/15/2017 | 42 | LETTER MOTION addressed to Judge P. Kevin Castel from Matt Myers dated 8/15/17 re: adjourn motion dates and trial date . Document filed by Andrew Cook. (Myers, Matthew) (Entered: 08/15/2017) |
| 08/16/2017 | 43 | MEMO ENDORSEMENT granting 42 LETTER MOTION as to Andrew Cook (1). ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge P. Kevin Castel on 8/16/2017) (ft) (Entered: 08/16/2017) |

| | | |
|---|---|---|
| 08/30/2017 | 44 | TRANSCRIPT of Proceedings as to Andrew Cook re: Conference held on 8/3/17 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/28/2017. (McGuirk, Kelly) (Entered: 08/30/2017) |
| 08/30/2017 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Andrew Cook. Notice is hereby given that an official transcript of a Conference proceeding held on 8/3/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 08/30/2017) |
| 09/07/2017 | 46 | LETTER MOTION addressed to Judge P. Kevin Castel from Michael McGinnis dated September 7, 2017 re: Adjournment and Exclusion of Time . Document filed by USA as to Andrew Cook. (McGinnis, Michael) (Entered: 09/07/2017) |
| 09/07/2017 | 47 | ORDER as to Andrew Cook. The final pretrial conference previously scheduled for September 7, 2017 is adjourned until September 22, 2017 at 11:30 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed for defense to continue reviewing discovery, to prepare any defense motions, and for the parties to discuss a potential pretrial disposition of the case. Accordingly, the time between today and September 22, 2017 is excluded. SO ORDERED. (Signed by Judge P. Kevin Castel on 9/7/2017)(bw) (Entered: 09/07/2017) |
| 09/22/2017 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Pretrial Conference as to Andrew Cook held on 9/22/2017. Defendant present with attorney, Matthew Myers. AUSA, Michael McGinnis, present. Court Reporter: Eve Giniger. Defense motion due October 27, 2017; Gov't response due November 10, 2017; Defense reply due November 22, 2017. The next conference is scheduled for December 1, 2017 at 11:30 a.m. Time is excluded until December 1, 2017. Defendant continues to be detained. (Status Conference set for 12/1/2017 at 11:30 AM before Judge P. Kevin Castel.) (jbo) (Entered: 09/22/2017) |
| 10/16/2017 | 48 | TRANSCRIPT of Proceedings as to Andrew Cook re: Conference held on 9/22/17 before Judge P. Kevin Castel. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/6/2017. Redacted Transcript Deadline set for 11/16/2017. Release of Transcript Restriction set for 1/14/2018. (McGuirk, Kelly) (Entered: 10/16/2017) |
| 10/16/2017 | 49 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Andrew Cook. Notice is hereby given that an official transcript of a Conference proceeding held on 9/22/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 10/16/2017) |
| 10/26/2017 | 50 | NOTICE OF ATTORNEY APPEARANCE: Aaron Jonathan Mysliwiec appearing for Andrew Cook. Appearance Type: Retained. (Mysliwiec, Aaron) (Entered: 10/26/2017) |

| | | |
|---|---|---|
| 10/26/2017 | 51 | FIRST LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated October 26, 2017 re: Extension of Motions Deadline . Document filed by Andrew Cook. (Mysliwiec, Aaron) (Entered: 10/26/2017) |
| 10/26/2017 | 52 | MEMO ENDORSEMENT as to Andrew Cook on re: 51 FIRST LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated October 26, 2017 re: Extension of Motions Deadline filed by Andrew Cook. ENDORSEMENT: There will be a conference on October 30 at 11:45am. SO ORDERED. (Status Conference set for 10/30/2017 at 11:45 AM before Judge P. Kevin Castel.) (Signed by Judge P. Kevin Castel on 10/26/2017)(ft) (Entered: 10/26/2017) |
| 10/30/2017 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Pretrial Conference as to Andrew Cook held on 10/30/2017. Defendant present with attorneys, Matthew Myers and Aaron Mysliwiec. AUSA, Michael McGinnis, present. Court Reporter: Kristen Caramante. Application granted as to Mr. Myers' withdrawal as counsel and appointment of Mr. Mysliwiec. Defense motions due November 30, 2017; Gov't response due December 15, 2017; Defense reply due December 29, 2017. The next conference is scheduled for January 3, 2018 at 2 p.m. Time is excluded until January 3, 2018. Defendant continues to be detained. (Status Conference set for 1/3/2018 at 02:00 PM before Judge P. Kevin Castel.) (jbo) (Entered: 11/01/2017) |
| 11/27/2017 | 53 | LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated November 27, 2017 re: Request to Extend Motions Deadline . Document filed by Andrew Cook. (Mysliwiec, Aaron) (Entered: 11/27/2017) |
| 11/27/2017 | 54 | TRANSCRIPT of Proceedings as to Andrew Cook re: Conference held on 10/30/17 before Judge P. Kevin Castel. Court Reporter/Transcriber: Kristen Carannante, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/18/2017. Redacted Transcript Deadline set for 12/28/2017. Release of Transcript Restriction set for 2/26/2018. (McGuirk, Kelly) (Entered: 11/27/2017) |
| 11/27/2017 | 55 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Andrew Cook. Notice is hereby given that an official transcript of a Conference proceeding held on 10/30/17 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/27/2017) |
| 11/28/2017 | 56 | MEMO ENDORSEMENT as to Andrew Cook (1)granting 53 LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated November 27, 2017 re: Request to Extend Motions Deadline. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge P. Kevin Castel on 11/28/2017) (lnl) (Entered: 11/28/2017) |
| 11/28/2017 | | Set/Reset Deadlines/Hearings as to Andrew Cook: Motions due by 12/7/2017. Responses due by 12/22/2017. (lnl) (Entered: 11/28/2017) |
| 12/08/2017 | 57 | LETTER by USA as to Andrew Cook addressed to Judge P. Kevin Castel from Michael McGinnis dated December 8, 2017 re: Proposed Change of Plea Document filed by USA. (McGinnis, Michael) (Entered: 12/08/2017) |
| 12/08/2017 | | Change of Plea Hearing set for 12/18/2017 at 11:45 AM before Judge P. Kevin Castel. (ft) (Entered: 12/08/2017) |
| 12/18/2017 | 58 | (S1) SUPERSEDING INFORMATION (Felony) filed as to Andrew Cook (1) count(s) 1s. (jm) (Entered: 01/02/2018) |

| | | |
|---|---|---|
| 12/18/2017 | 59 | WAIVER OF INDICTMENT by Andrew Cook. (jm) (Entered: 01/02/2018) |
| 12/18/2017 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Defendant is present with attorney Aaron Mysliwiec; AUSA McGinnis is also present. Arraignment as to Andrew Cook (1) Count 1s held on 12/18/2017. Plea entered by Andrew Cook (1) Guilty as to Count 1s., As to Andrew Cook and paragraph 4 and 5 of the forfeiture allegations. Judge Castel assepts the plea. Defendant is detained. ( Sentencing set for 4/27/2018 at 02:00 PM before Judge P. Kevin Castel.) (Court Reporter Sonya Ketter-Moore) (jm) (Entered: 01/02/2018) |
| 12/18/2017 | | Minute Entry for proceedings held before Judge P. Kevin Castel:Change of Plea Hearing as to Andrew Cook held on 12/18/2017. Defendant present with counsel Aaron Mysliwiec A.U.S.A. Michael McGinnis present for the Government. Defendant withdraws plea of not guilty and enters a plea of Guilty to 18 U.S.C. 371. to count 1 in the S1 superceding information and paragraph 4 & 5 of the forfeiture allegations. District Judge P. Kevin Castel accepts the plea. Court reporter present Sonya Ketter-Moore. Sentencing scheduled for April 27, 2018, at 2:00 p.m. Detained. (jw) (Entered: 01/02/2018) |
| 12/18/2017 | | Minute Entry for proceedings held before Judge P. Kevin Castel as to Andrew Cook; Sentencing set for 4/27/2018 at 02:00 PM before Judge P. Kevin Castel. (jw) (Entered: 01/02/2018) |
| 02/09/2018 | 60 | LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated February 9, 2018 re: Request to Adjourn Sentencing Date . Document filed by Andrew Cook. (Mysliwiec, Aaron) (Entered: 02/09/2018) |
| 02/12/2018 | 61 | MEMO ENDORSEMENT as to Andrew Cook on re: 60 LETTER MOTION filed by Andrew Cook addressed to Judge P. Kevin Castel from Attorney Aaron Mysliwiec dated February 9, 2018 re: Request to Adjourn Sentencing Date. ENDORSEMENT: Sentencing adjourned from April 27 to June 27, 2018 at 11:00 a.m. SO ORDERED: (Signed by Judge P. Kevin Castel on 2/9/2018)(bw) (Entered: 02/12/2018) |
| 04/10/2018 | 62 | SEALED DOCUMENT placed in vault. (rz) (Entered: 04/10/2018) |
| 06/09/2018 | 64 | JOINT LETTER MOTION addressed to Judge P. Kevin Castel from Michael McGinnis dated June 9, 2018 re: Request for Adjournment . Document filed by USA as to Andrew Cook. (McGinnis, Michael) (Entered: 06/09/2018) |
| 06/11/2018 | 65 | NOTICE of Change of Address as to Andrew Cook. New Address: Miedel & Mysliwiec LLP, 80 Broad Street, Suite 1900, New York, NY, United States 10004, 2126163042. (Mysliwiec, Aaron) (Entered: 06/11/2018) |
| 06/11/2018 | 66 | ORDER granting 64 LETTER MOTION as to Andrew Cook (1). Sentencing adjourned from June 27 to August 1, 2018 at 12:15 p.m. SO ORDERED. (Signed by Judge P. Kevin Castel on 6/11/2018) (ft) (Entered: 06/11/2018) |
| 06/11/2018 | | Set/Reset Deadlines/Hearings as to Andrew Cook: Sentencing set for 8/1/2018 at 12:15 PM before Judge P. Kevin Castel. (ft) (Entered: 06/11/2018) |
| 07/16/2018 | 67 | FIRST LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated July 16, 2018 re: Move Defense Sentencing Submission Deadline Two Days to July 20, 2018 . Document filed by Andrew Cook. (Mysliwiec, Aaron) (Entered: 07/16/2018) |
| 07/16/2018 | 68 | MEMO ENDORSEMENT granting 67 FIRST LETTER MOTION filed by Andrew Cook, addressed to Judge P. Kevin Castel from Attorney Aaron Mysliwiec dated July 16, 2018 re: Move Defense Sentencing Submission Deadline Two Days to July 20, 2018. ENDORSEMENT: Application Granted. So Ordered: (Signed by Judge P. Kevin Castel on 7/16/2018) (bw) (Entered: 07/16/2018) |

| | | |
|---|---|---|
| 07/16/2018 | | Set/Reset Deadlines/Hearings as to Andrew Cook: Brief (Defendant sentencing submission) due by 7/20/2018. (bw) (Entered: 07/16/2018) |
| 07/24/2018 | 69 | SENTENCING SUBMISSION by Andrew Cook. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Mysliwiec, Aaron) (Entered: 07/24/2018) |
| 07/24/2018 | 70 | SECOND LETTER MOTION addressed to Judge P. Kevin Castel from Aaron Mysliwiec dated July 24, 2018 re: Extension of Deadlines for Sentencing Submissions . Document filed by Andrew Cook. (Mysliwiec, Aaron) (Entered: 07/24/2018) |
| 07/24/2018 | 71 | ORDER granting 70 LETTER MOTION as to Andrew Cook (1). Application Granted. SO ORDERED. (Signed by Judge P. Kevin Castel on 7/24/2018) (ft) (Entered: 07/24/2018) |
| 07/24/2018 | | Set/Reset Deadlines/Hearings as to Andrew Cook: Brief due by 7/28/2018. (ft) (Entered: 07/24/2018) |
| 07/30/2018 | 72 | SENTENCING SUBMISSION by USA as to Andrew Cook. (McGinnis, Michael) (Entered: 07/30/2018) |
| 08/01/2018 | | Minute Entry for proceedings held before Judge P. Kevin Castel: Sentencing held on 8/1/2018 for Andrew Cook (1) Count 1s. Defendant present with counsel Aaron Mysliwiec. A.U.S.A. Michael McGinnis present for the Government. Defendant is sentenced to 60 months in prison, 3 years supervised release, the fine is waived, forfeiture ordered, and a special assessment of $100. Defendant is remanded into custody. Court Reporter: Sonya Moore. (jbo) (Entered: 08/01/2018) |
| 08/01/2018 | | DISMISSAL OF COUNTS on Government Motion as to Andrew Cook (1) Count 1. (bw) (Entered: 08/02/2018) |
| 08/01/2018 | 73 | JUDGMENT In A Criminal Case (S1-17-Cr-147-01). Date of Imposition of Judgment: 8/1/2018. Defendant Andrew Cook (1) pleaded guilty to Count(s) 1s. Count(s) open & underlying indictments are dismissed on the motion of the United States. IMPRISONMENT: 60 months. The court makes the following recommendations to the Bureau of Prisons: (1) the defendant be evaluated for appropriate drug treatment and mental health treatment programs, and (2) the defendant be imprisoned as close as possible to Berlin, New Hampshire to facilitate family visits. -The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: 3 years. Standard Conditions of Supervision (see page 4 of Judgment). Special Conditions of Supervision (see page 5 of Judgment). ASSESSMENT: $100.00, due immediately. The defendant shall forfeit the defendant's interest in the following property to the United States: any and all property constituting or derived from proceeds obtained directly or indirectly as a result of the offense. (Signed by Judge P. Kevin Castel on 8/1/2018)(bw) (Entered: 08/02/2018) |
| 09/07/2018 | 74 | TRANSCRIPT of Proceedings as to Andrew Cook re: Sentence held on 8/1/18 before Judge P. Kevin Castel. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/28/2018. Redacted Transcript Deadline set for 10/9/2018. Release of Transcript Restriction set for 12/6/2018. (McGuirk, Kelly) (Entered: 09/07/2018) |
| 09/07/2018 | 75 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Andrew Cook. Notice is hereby given that an official transcript of a Sentence proceeding held on 8/1/18 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically |

| | | |
|---|---|---|
| | | available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/07/2018) |
| 04/22/2022 | 77 | Supervised Release Jurisdiction Transferred Out to the U.S.D.C. District of New Hampshire as to Andrew Cook. (lnl) (Entered: 04/22/2022) |
| 04/22/2022 | | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Andrew Cook to the U.S.D.C. District of New Hampshire. The following documents were emailed by the Clerk's Office: Copy of the information, J&C, and the Probation Form 22. (lnl) (Entered: 04/22/2022) |